**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MONTANA BELL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | : | No. 63 EM 2023 |
| | : | |
| Petitioners | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of January, 2024, the "Application for the Exercise of the Court's King [sic] Bench Power of Extraordinary Jurisdiction/Relief" and "Petition for Writ of Mandamus and/or Extraordinary Relief" are DENIED.

Justice McCaffery did not participate in the consideration or decision of this matter.